**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE, | ) NO. EDCV 07-1482-R (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| F. GONZALES, WARDEN, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the amended Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   May 18, 2010   .

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE