1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOSHUA TODD WOOLRIDGE,               ) NO. EDCV 07-1482-R (MAN)
                                         )
12                   Petitioner,         )
                                         )
13       v.                              ) JUDGMENT
                                         )
14  F. GONZALES, WARDEN,                 )
                                         )
15                   Respondent.         )
    _____)
16

17
         Pursuant to the Court's Order Adopting Findings, Conclusions, and
18
    Recommendations of United States Magistrate Judge,
19

20
         IT IS ADJUDGED that this action is dismissed with prejudice.
21

22
    DATED:  May 18, 2010 .
23

24
                                         _____
25                                             MANUEL L. REAL
                                         UNITED STATES DISTRICT JUDGE
26

27

28